IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 1:14-cv-02131-RM-NYW

ELEANOR CHAPMAN,

Plaintiff,

v.

RJM ACQUISITIONS, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on the parties' Stipulated Motion to Amend the Scheduling Order [# 22], filed March 30, 2015 (the "Motion"). Pursuant to the Order Referring Case dated August 4, 2014 [#4] and the memorandum dated March 30, 2015 [#23], the Motion is before this Magistrate Judge.

The Motion is GRANTED. IT IS ORDERED that:

(1) The discovery cut-off is set for **May 8, 2015**;
(2) The dispositive motion deadline shall be **June 5, 2015**;
(3) The pre-trial conference is set for **August 10, 2015, at 10:00 a.m**.

DATED April 1, 2015.